EL PUEBLO, DEMANDANTE Y APELADO, *v.* GABINO, ACUSADO Y APELANTE.

EL PUEBLO, DEMANDANTE Y APELADO, *v.* PIÑERO, ACUSADO Y APELANTE.

APELACIONES procedentes de la Corte de Distrito de Humacao en causas por infracción del artículo 162 del Código Penal.

Nos. 984 y 987.—Resuelto en abril 25, 1916.

Resueltos por los fundamentos de la opinión emitida en el caso No. 973, *El Pueblo v. Gabino* (p. 727).

Abogado de los apelantes: *Sr. Arturo Aponte, Jr.*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

*Confirmadas las sentencias apeladas.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.